```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 36962
   DON J LOMEDICO
   DIANE M LOMEDICO                             CHAPTER 13

                                                JUDGE: JACQUELINE P COX
         Debtor
   SSN XXX-XX-3837    SSN XXX-XX-0087


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/06/2004 and was confirmed 01/31/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 01/26/2009.
------------------------------------------------------------------------------
CREDITOR NAME                 CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                  PAID          PAID
------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  PRIORITY         20823.21           .00       20823.21
INTERNAL REVENUE SERVICE  PRIORITY         NOT FILED          .00            .00
LATITITA SIMMONS          NOTICE ONLY      NOT FILED          .00            .00
UNITED STATES ATTY OFFIC  NOTICE ONLY      NOT FILED          .00            .00
CAPITAL ONE BANK          UNSECURED         2931.81           .00         293.18
PORTFOLIO RECOVERY ASSOC  UNSECURED         5130.89           .00         513.09
ENCORE RECEIVABLES        NOTICE ONLY      NOT FILED          .00            .00
FRIEDMAN & WEXLER         NOTICE ONLY      NOT FILED          .00            .00
ECAST SETTLEMENT CORP     UNSECURED          658.64           .00          65.86
TERRI M LONG              NOTICE ONLY      NOT FILED          .00            .00
MCI WORLD COM             UNSECURED        NOT FILED          .00            .00
METROCALL                 UNSECURED           39.83           .00           3.98
NCO FINANCIAL SYSTEMS     UNSECURED        NOT FILED          .00            .00
PUBLISHERS CLEARING HOUS  NOTICE ONLY      NOT FILED          .00            .00
PALISADES                 NOTICE ONLY      NOT FILED          .00            .00
PROVIDIAN BANK            UNSECURED         3848.36           .00         384.84
RECEIVABLE PERFORMANCE    NOTICE ONLY      NOT FILED          .00            .00
AT & T BANKRUPCTY         UNSECURED        NOT FILED          .00            .00
USA PAYDAY LOANS #9122    UNSECURED        NOT FILED          .00            .00
VERIZON                   UNSECURED         1053.58           .00         105.36
WOLPOFF & ABRAMSON LLP    NOTICE ONLY      NOT FILED          .00            .00
INTERNAL REVENUE SERVICE  UNSECURED         5665.98           .00         566.60
WELLS FARGO FINANCIAL     UNSECURED             .00           .00            .00
CAPITAL ONE BANK          UNSECURED         1384.64           .00         138.46
ILLINOIS DEPT OF REVENUE  FILED LATE         382.61           .00            .00
ILLINOIS DEPT OF REVENUE  FILED LATE         105.80           .00            .00
LEGAL HELPERS PC          DEBTOR ATTY       1,175.00                    1,175.00
TOM VAUGHN                TRUSTEE                                       1,530.11
DEBTOR REFUND             REFUND                                          613.31

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 36962 DON J LOMEDICO & DIANE M LOMEDICO
```

```
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  26,213.00

PRIORITY                                       20,823.21
SECURED                                              .00
UNSECURED                                       2,071.37
ADMINISTRATIVE                                  1,175.00
TRUSTEE COMPENSATION                            1,530.11
DEBTOR REFUND                                     613.31
                         ---------------    ---------------
TOTALS                   26,213.00             26,213.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
    Dated: 03/10/09              _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 04 B 36962 DON J LOMEDICO & DIANE M LOMEDICO